AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FLEISSIG, AUDREY G. | EASTERN DISTRICT OF MISSOURI | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE STATUS | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

111 S. 10TH STREET: 12S
ST. LOUIS, MISSOURI 63102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE (NO FEE) | TRUST #1 |
| 2. | CO-TRUSTEE (NO FEE) | TRUST #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | MISSOURI MACHINERY & ENGINEERING COMPANY (SALARY) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UMB BANK | MORTGAGE ON COMMERCIAL REAL ESTATE | N |
| 2. | ST. LOUIS DEVELOPMENT CORP | MORTGAGE ON COMMERCIAL REAL ESTATE | None |
| 3. | UMB BANK | MORTGAGE ON RENTAL PROPERTY #2, BRENTWOOD, MO (PART VII, LINE 63) | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | C | Int./Div. | M | T | | | | | |
| 2. - BERKSHIRE HATHAWAY | | | | | | | | | |
| 3. - HARBOR FD INTL FD | | | | | | | | | |
| 4. - ROYCE PREMIER INVESTMENT CL | | | | | Sold | 01/22/14 | K | | |
| 5. - PIMCO FUNDS COMMODITY/ REAL RET | | | | | | | | | |
| 6. -PIMCO TOTAL RET FD INTL | | | | | Buy (add'l) | 01/22/14 | K | | |
| 7. | | | | | Sold | 10/21/14 | L | | |
| 8. -COHEN & STEERS REALTY SHS INSTL | | | | | | | | | |
| 9. -AMERITRADE ACCOUNT | | | | | | | | | |
| 10. -BAIRD CORE PLUS BD INSTL | | | | | Buy | 10/22/14 | L | | |
| 11. IRA #2 | D | Int./Div. | M | T | | | | | |
| 12. - HARBOR FD INTL FD | | | | | Sold (part) | 01/22/14 | J | | |
| 13. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 14. - COHEN & STEERS REALTY SHS | | | | | | | | | |
| 15. -AMERITRADE ACCOUNT | | | | | | | | | |
| 16. -PIMCO TOTAL RET FD INSTL | | | | | Buy | 01/21/14 | J | | |
| 17. | | | | | Sold | 10/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -BAIRD CORE PLUS BD INSTL | | | | | Buy | 10/22/14 | J | | |
| 19. BROKERAGE #1 (H) | | | | | | | | | |
| 20. -ROYCE PREMIER INVESTMENT | A | Int./Div. | | | Sold | 01/22/14 | K | C | |
| 21. | | | | | Buy | 05/20/14 | J | | |
| 22. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 23. | | | | | Sold | 08/19/14 | J | B | |
| 24. -ISHARES MIDCAP | B | Int./Div. | M | T | | | | | |
| 25. -ISHARES RUSSELL 1000 ETF | B | Int./Div. | L | T | Buy (add'l) | 05/20/14 | J | | |
| 26. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 27. -AMERICAN FUNDS CAPITAL WORLD BOND F2 | A | Int./Div. | | | Sold | 01/22/14 | K | D | |
| 28. | | | | | Buy | 05/20/14 | J | | |
| 29. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 30. | | | | | Sold | 08/18/14 | J | A | |
| 31. -AMERICAN FUNDS INTRMEDTE BD FD OF AMER F2 | A | Int./Div. | | | Sold | 01/22/14 | K | A | |
| 32. | | | | | Buy | 05/20/14 | J | | |
| 33. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 34. | | | | | Buy (add'l) | 07/01/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 36. | | | | | Sold | 08/19/14 | J | A | |
| 37. -AMERICAN FUNDS NEW PERSPECTIVE FD CL F2 | A | Int./Div. | | | Sold | 01/22/14 | L | E | |
| 38. | | | | | Buy | 05/20/14 | J | | |
| 39. | | | | | Sold | 08/20/14 | J | B | |
| 40. -HARBOR FD INTL FD | A | Int./Div. | K | T | Buy (add'l) | 01/22/14 | K | | |
| 41. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 42. -HARBOR FD CAP APPRECIATN | C | Int./Div. | L | T | Buy (add'l) | 05/20/14 | J | | |
| 43. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 44. -T ROW PRICE EQUITY INCOME F SH BEN INT | B | Int./Div. | K | T | Buy (add'l) | 05/20/14 | J | | |
| 45. -AMG MGRS SKYLINE SPEC EQUITIES | B | Int./Div. | L | T | Buy | 01/22/14 | L | | |
| 46. -VANGUARD ITERM-TERM TAX-EXEMPT ADMIRAL | B | Int./Div. | L | T | Buy | 01/22/14 | L | | |
| 47. | | | | | Sold (part) | 04/11/14 | K | A | |
| 48. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 49. | | | | | Buy (add'l) | 08/20/14 | K | | |
| 50. -AMERICAN FUNDS CAPTL INCM BLDR F2 | A | Int./Div. | | | Buy | 05/20/14 | J | | |
| 51. | | | | | Buy (add'l) | 06/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 08/20/14 | J | B | |
| 53. -HARBOR FD BD FD INSTL | A | Int./Div. | | | Buy | 05/20/14 | J | | |
| 54. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 55. | | | | | Sold | 08/20/14 | K | C | |
| 56. -MSIF US REAL ESTATE FD CL I | A | Int./Div. | J | T | Buy | 05/20/14 | J | | |
| 57. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 58. -AMERITRADE ACCOUNT (X) | A | Int./Div. | J | T | | | | | |
| 59. MISSOURI MACHINERY & ENGINEERING 50% PRIVATELY HELD | E | Int./Div. | O | U | | | | | |
| 60. BKF LLC 50% MEMBER- PRIVATELY HELD | A | Rent | J | U | | | | | |
| 61. U.S. SAVINGS BONDS | | None | K | T | | | | | |
| 62. RENTAL PROPERTY #1, ST. LOUIS, MO | D | Rent | M | W | | | | | |
| 63. RENTAL PROPERTY #2, BRENTWOOD, MO | D | Rent | M | W | | | | | |
| 64. 401(K) COMMERCE BOND FUND | C | Int./Div. | M | T | | | | | |
| 65. BANK OF AMERICA | | None | K | T | | | | | |
| 66. TRUST #1 | C | Int./Div. | J | T | | | | | |
| 67. -TD MONEY MARKET PORTFOLIO INVESTOR CLASS | | | | | | | | | |
| 68. -AMERICAN FUNDS CAPITAL WORLD BOND FUND - SBI CLASS A | | | | | Sold | 05/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -AMERICAN FUNDS INTERMEDIATE BOND FUND OF AMERICA SBI CLASS A | | | | | Sold | 05/20/14 | J | | |
| 70.   -AMERICAN FUNDS NEW PERSPECTIVE FUND INC CL A | | | | | Sold | 05/20/14 | J | | |
| 71.   -HARBOR FD BD FD INSTL | | | | | Sold | 05/20/14 | J | | |
| 72.   -HARBOR FD CAP APPRECIATION | | | | | Sold | 05/20/14 | J | | |
| 73.   -HARBOR FD INTL FD | | | | | Sold | 05/20/14 | J | | |
| 74.   -MSIF FDS INC US REAL ESTATE FD CL I | | | | | Sold | 05/20/14 | J | | |
| 75.   -ROWE T PRICE EQUITY INCOME F SH BEN INT | | | | | Sold | 05/20/14 | J | | |
| 76.   -ROYCE PREMIER INVESTMENT | | | | | Sold | 05/20/14 | J | | |
| 77.   -ISHARES RUSSELL 1000 ETF | | | | | Sold | 05/20/14 | J | | |
| 78.   TRUST #2 | A | Int./Div. | J | T | | | | | |
| 79.   -HARBOR FD BD FD INSTL (X) | | | | | Sold | 5/20/14 | J | | |
| 80.   -HARBOR FD CAP APPRECIATN (X) | | | | | Sold | 05/20/14 | J | | |
| 81.   -ROYCE PREMIER INVESTMENT CL (X) | | | | | Sold | 05/20/14 | J | | |
| 82.   -ISHARES RUSSELL 1000 ETF (X) | | | | | Sold | 05/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

DURING MAY 2014, SECURITIES WERE TRANSFERRED FROM TRUST #1 (PART VII, LINE 66) INTO THE BROKERAGE ACCOUNT #1 (PART VII, LINE 19).

SECURITIES WERE INHERITED AND TRANSFERRED FROM TRUST #2 (PART VII, LINE 78) INTO THE BROKERAGE ACCOUNT #1 (PART VII, LINE 19) DURING MAY 2014.

IN PART VII, LINE 66, THIS ASSET HEADING WAS FORMERLY KNOWN AS BENEFICIARY OF TRUST OF FATHER'S ESTATE.

IN PART I, LINE 1, THE NAME OF THE ORGANIZATION/ENTITY WAS FORMLY KNOWN AS LIVING TRUST CREATED UNDER AGREEMENT 8/31/1984.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ AUDREY G. FLEISSIG**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544